IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. DI BARTOLO,

Plaintiff,

No. CIV S-08-3047 EFB P

vs.

MENDOZA, et al.,

Defendants.

ORDER AND FINDINGS AND RECOMMENDATIONS

_______________________________/

On December 30, 2008, the court found that plaintiff had failed to pay the required filing fee or submit an application to proceed *in forma pauperis*. Accordingly, the court ordered plaintiff to submit either the filing fee or the application required by 28 U.S.C. § 1915(a) within thirty days and warned him that failure to do so would result in a recommendation that this action be dismissed.

The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* affidavit or otherwise responded to the court's order.[1]

////

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

Accordingly, it is hereby ORDERED that the Clerk randomly assign this case to a United States District Judge.

Further, it is RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE